UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JOSEPH NORMAN,

            Plaintiff,

  -against-

Dr. OSCAR MARCILLA, Dr. MAGILL, MT. VERNON HOSPITAL,

            Defendants.

------------------------------------x

~~PROPOSED~~ ORDER

Docket No. 17-cv-09174 (KMK) (LMS)

THIS MATTER having come before the Court on the application of Defendant Montefiore Mount Vernon Hospital, sued in this matter as "Mt. Vernon Hospital", and the Court having considered the application and for good cause having been shown,

IT IS, on this __9th__ day of February, 2021,

ORDERED as follows:

That Roy W. Breitenbach has withdrawn as Counsel for Defendant Montefiore Mount Vernon Hospital.

                            _____
                            Hon. Kenneth M. Karas

5978168v.2